■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON PATRICK, Appellant. — Judgment, Supreme Court, New York County (McQuillan, J.), rendered on August 18, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Carro, Lupiano and Milonas, JJ.

■ In the Matter of JOHN VAN LINDT, as Chairman of New York State Racing and Wagering Board, Appellant, v JOSE AMY et al., Respondents. — Appeal from order, Supreme Court, New York County (Blyn, J.), entered on June 19, 1981, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Markewich, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTIS BOSTON, Appellant. — Judgment, Supreme Court, Bronx County (J. Cohen, J.), rendered on December 4, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Markewich, Silverman and Bloom, JJ.